**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JOEL NEPTALY GARCIA and
RENIERI GONSALES FUNEZ,

Petitioners,

v. CIVIL ACTION NO. 3:26-0688

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners **Joel Neptaly Garcia** and **Renieri Gonsales Funez**. ECF No. 1.[1]

As to Petitioner **Joel Neptaly Garcia**, Respondents acknowledge that the Court's prior decision in *Erick Jesus Carcamo Lopez v. Venturella*, No. 3:26-cv-00674 (ECF No. 13) "may be applicable here if the Court adheres to that decision." Resp. at 2, ECF No. 7. Furthermore, Respondents "believe[] this matter can be decided without a hearing." *Id.* Likewise, Petitioner **Joel**

[1] The Parties stipulate to dismissal without prejudice as to Petitioner **Renieri Gonsales Funez**. ECF No. 10.

**Neptaly Garcia** "has no objection to this Court granting the petition and ordering his release prior to the filing of a reply brief and without a hearing[.]" Pet.'s Notice at 1, ECF No. 8.

The Court finds that Respondents have failed to demonstrate that Petitioner **Joel Neptaly Garcia** received an individualized custody determination consistent with 8 U.S.C. § 1226(a) and its implementing regulations and consistent with the requirements of due process. Accordingly, the Petition, ECF No. 1, is **GRANTED**, as to Petitioner **Joel Neptaly Garcia,** and Respondents' Motion to Dismiss, ECF No. 7, is **DENIED**. A memorandum opinion will shortly follow.

Respondents are **ORDERED** to **PROMPTLY TRANSPORT** Petitioner **Joel Neptaly Garcia** back to the Southern District of West Virginia. Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioner, no later than **Saturday, October 31, 2026, at 3:00 PM** in **Huntington, WV**.

Respondents are **DIRECTED** to **RELEASE** Petitioner **on the sidewalk at the front entrance, facing 5th Avenue, of the Federal Courthouse,** also known as the Sidney L. Christie Federal Building, located at **845 5th Ave, Huntington, WV 25701**. Respondents are **ORDERED** to provide the officer(s) transporting Petitioner with a copy of this Order.

Respondents are **DIRECTED** to provide reasonable notice of at least three (3) hours to Petitioner's counsel of the anticipated time and place of Petitioner's release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioner's detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court also finds that the hearing scheduled for November 10, 2026, at 9:30 AM, before an immigration judge, is now moot and must be suspended. Accordingly, the Court **ORDERS** that Respondents are **PROHIBITED** from enforcing the Notice to Appear or otherwise subjecting Petitioner to any penalty for any failure to appear at the scheduled hearing.

The Court further **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioner under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioner's liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Hearing previously scheduled for Thursday, November 5, 2026, is **CANCELED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 30, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE